MARC L. SHEA, ESQ., State Bar No. 087712
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile
Email: mshea@sheamcintyre.com

Attorneys for Plaintiff
ATS PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CHAMPION FIBERGLASS, INC.<br><br>    Defendant. | Case No. C 13-02403 NC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date:  TBD<br>Time:  TBD<br>Room: Courtroom A, 15th Floor.<br>Judge: Hon. Nathanael Cousins |

    Plaintiff's motion to continue the initial case management conference came on regularly for hearing. The matter being submitted and the Court having reviewed the papers submitted in support of the motion, being fully advised, and good cause appearing, finds the motion should be granted. Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED and the initial case management conference in this case is hereby continued to **October 30, 2013 at 10:00 a.m.** in Courtroom A on the 15th Floor of his court.

    IT IS FURTHER ORDERED:

    (1) October 9, 2013 is last day to:

        (A) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (FRCP 26(f); ADR L.R. 3-5)

        (B) file ADR Certification signed by Parties and Counsel (form available at

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
[~~PROPOSED~~] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C 13-02403 NC

1  http://www.cand.uscourts.gov) (Civil LR 16-8(b) & ADR L.R. 3-5(b) & (c))

2  (C) file either Stipulation to ADR Process or Notice of Need for ADR Phone

3  Conference (form available at http://www.cand.uscourts.gov) (Civil L.R. 16-8(c)

4  & ADR L.R. 3-5(b) & (c))

5  (2) October 23, 2013 is last day to file Rule 26(f) Report, complete initial disclosures or

6  state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re

7  Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov)

8  Parties shall file their consent to proceed before magistrate judge or request reassignment by October 23, 2013.

9  IT IS SO ORDERED.

11  Dated: August 19, 2013

12  THE HONORABLE NATHANAEL COUSINS
United States Magistrate Judge

14  Y:\a\ATS v Champion\Pleadings\mtn to continue initial cmc\prop order.wpd

*Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins*

**SHEA & McINTYRE, A P.C.**
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2
[PROPOSED] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
C 13-02403 NC