1  MARC L. SHEA, ESQ., State Bar No. 087712
   SHEA & McINTYRE, A P.C.
2  2166 The Alameda
   San Jose, CA 95126-1144
3  [408] 298-6611
   [408] 275-0814 Facsimile
4  Email: mshea@sheamcintyre.com

5  Attorneys for Plaintiff
   ATS PRODUCTS, INC.

6

7

8              UNITED STATES DISTRICT COURT

9      DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

10

11 ATS PRODUCTS, INC.,                    ]  Case No. C 13-02403 NC
                                          ]
12          Plaintiff,                    ]  [PROPOSED] ORDER GRANTING
                                          ]  MOTION TO CONTINUE INITIAL
13    v.                                  ]  CASE MANAGEMENT
                                          ]  CONFERENCE
14 CHAMPION FIBERGLASS, INC.              ]
                                          ]  Date:  TBD
15          Defendant.                    ]  Time:  TBD
                                          ]  Room: Courtroom A, 15th Floor.
16 _____]  Judge: Hon. Nathanael Cousins

17

18        Plaintiff's motion to continue the initial case management conference came on regularly

19 for hearing.  The matter being submitted and the Court having reviewed the papers submitted in

20 support of the motion, being fully advised, and good cause appearing, finds the motion should be

21 granted.  Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED and the initial

22 case management conference in this case is hereby continued to **October 30, 2013 at 10:00 a.m.**

23 in Courtroom A on the 15th Floor of his court.

24        IT IS FURTHER ORDERED:

25        (1)  October 9, 2013 is last day to:

26              (A)  meet and confer re: initial disclosures, early settlement, ADR process

27              selection, and discovery plan (FRCP 26(f); ADR L.R. 3-5)

28              (B)  file ADR Certification signed by Parties and Counsel (form available at

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
[PROPOSED] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE
                                                                    C 13-02403 NC

1    http://www.cand.uscourts.gov) (Civil LR 16-8(b) & ADR L.R. 3-5(b) & (c))

2    (C) file either Stipulation to ADR Process or Notice of Need for ADR Phone

3    Conference (form available at http://www.cand.uscourts.gov) (Civil L.R. 16-8(c)

4    & ADR L.R. 3-5(b) & (c))

5    (2)  October 23, 2013 is last day to file Rule 26(f) Report, complete initial disclosures or

6    state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re

7    Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov)

8    Parties shall file their consent to proceed before magistrate judge or request reassignment by
October 23, 2013.

9    IT IS SO ORDERED.

10

11   Dated:  August 19, 2013

12   THE HONORABLE NATHANAEL COUSINS
     United States Magistrate Judge

13

14   Y:\a\ATS v Champion\Pleadings\mtn to continue initial cmc\prop order.wpd

IT IS SO ORDERED
AS MODIFIED

Judge Nathanael M. Cousins

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2
[PROPOSED] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE
C 13-02403 NC