TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
Bruce D.M. Prescott, Esq. (#120980)
Daphne C. Lin, Esq. (#193214)
2201 Walnut Avenue, Suite 200
Fremont, California 94538
Telephone: (510) 790-0900
Facsimile: (510) 790-4856
bruceprescott@tatp.com
daphnelin@tatp.com

Attorneys for Defendant
Champion Fiberglass, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATS PRODUCTS, INC., | Case No. CV 13-02403  SI |
| Plaintiff, | |
| v. | **REQUEST FOR ORDER [and ORDER] RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| CHAMPION FIBERGLASS, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1 (a) and this Court's Case Management Conference Order, defendant Champion Fiberglass, Inc. ("Defendant") respectfully requests an order rescheduling initial case management conference based on the following:

The Court granted Defendant's Motion to Dismiss in part and allowed Plaintiff to amend its complaint on or by December 11, 2013.

The case management conference is currently scheduled for December 19, 2013, which would allow only a day between the time Plaintiff files its first amended complaint and the time the parties must file their joint case management statement.

Further, lead trial counsel for each party is required to confer with opposing counsel and attend the case management conference pursuant to Civil Local Rules of this District and the

1  Court's Standing Order.  Bruce Prescott, the lead trial counsel for Defendant, will be in a 4-day

2  arbitration from December 16 through December 19, 2013, and thus unavailable for the case

3  management conference as currently scheduled.  Mr. Prescott is also unavailable on January 3rd,

4  or 17th due to a case management conference and a motion hearing.

5      For all of the foregoing reasons, Defendant respectfully requests that the initial case

6  management conference be rescheduled for ~~January 31,~~ February 7, 2014 at 2:30 p.m.

8  Dated: November 27, 2013                    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

10                          By:     /s/
                                Bruce D. M. Prescott
11                              Daphne C. Lin
                                Attorneys for Defendant Champion Fiberglass, Inc.

13  IT IS SO ORDERED,

14  Dated: 12/2/13

16                          _____
                            The Honorable Susan Illston
17                          United States District Court Judge

REQUEST FOR ORDER [and ORDER] RESCHEDULING CMC                    Case No. CV 13-02403 SI