1 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
Bruce D.M. Prescott, Esq.     (CSB#120980)
2 | Daphne C. Lin, Esq.          (CSB#193214)
2201 Walnut Avenue, Suite 200
3 | Fremont, California 94538
Telephone:    (510) 790-0900
4 | Facsimile:     (510) 790-4856

5 | Attorneys for Defendant
Champion Fiberglass, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., | Case No. CV 13-02403   SI |
| Plaintiff, | |
| v. | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER** |
| CHAMPION FIBERGLASS, INC., et al., | |
| Defendants. | |

Defendant Champion Fiberglass, Inc. ("Defendant") and plaintiff ATS Products, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court rescheduled a Case Management Conference in this matter from April 18, 2014 to July 11, 2014, at 3:00 in Department 10;

WHEREAS, attorney for Defendant is on vacation through July 11, 2014, attorney for Plaintiff is scheduled to be in an arbitration July 18, 2014, and attorney for Defendant will be in trial July 25, 2014;

IT IS HEREBY STIPULATED by and between Defendant and Plaintiff, through and by

///

their respective counsel, that the Case Management Conference will be rescheduled to August 8, 2014, at 3:00 in Department 10.

Dated:  April 24, 2014                           SHEA & McINTYRE, A.P.C.


By: _____/s/_____
    Marc Shea, Esq.
    Attorney for Plaintiff ATS Products, Inc.


Dated: April 24, 2014                            TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.


By: _____/s/_____
    Daphne C. Lin, Esq.
    Attorneys for Defendant Champion Fiberglass, Inc.

### **ORDER**

IT IS HEREBY ORDERED that the Case Management Conference for the above-referenced matter is rescheduled from July 11, 2014 to August 8, 2014, at 3:00 p.m. in Department 10.

Dated: __4/24/14__                               _____
                                                 JUDGE SUSAN ILLSTON

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER
Case No. CV 13-02403 SI