IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS, INC., | No. C 13-02403 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CHAMPION FIBERGLASS, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>N/A</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

Motion Re: Collateral Estoppel:   **12/4/15 @ 9:00 a.m.**
(Motion due 9/25/15 - Counsel to agree to a scheduling order)

Motion to Dismiss:  **1/16/15 @ 9:00 a.m.**
(file: 12/5/14, opposition: 12/22/14, reply due 1/2/15)

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 30, 2015</u>.

DESIGNATION OF EXPERTS: <u>1/22/16</u>; REBUTTAL: <u>n/a</u>.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 26, 2016</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 25, 2016</u>;

   Opp. Due <u>April 8, 2016</u>;  Reply Due <u>April 15, 2016</u>;

    and set for hearing no later than <u>April 29, 2016</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>June 14, 2016</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 27, 2016</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
A sur-reply to the Motion to Quash Subpoena shall be filed on 11/21/14 and any response shall be filed by 11/30/14.
Plaintiff is given leave to file an 3rd Amended Complaint adding aiding and abetting claims.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/18/14

SUSAN ILLSTON
United States District Judge