1  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
Bruce Prescott, Esq. (CSB#120980)
2  Daphne C. Lin, Esq. (CSB#193214)
2201 Walnut Avenue, Suite 200
3  Fremont, California 94538
Telephone: (510) 790-0900
4  Facsimile:  (510) 790-4856

5  Attorneys for Defendants
Champion Fiberglass, Inc., Louis Pilato, Frank Ghiorso and TG Solutions-Global, LLC
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  ATS PRODUCTS, INC.,                    )  Case No. CV 13-02403   SI
                                           )
13                      Plaintiff,         )
                                           )  **STIPULATION TO ALTER TIME TO**
14  v.                                     )  **RESPOND TO FOURTH AMENDED**
                                           )  **COMPLAINT**
15  CHAMPION FIBERGLASS, INC., et al.,     )
                                           )  **[Local Rule 6-1(a)]**
16                                         )
                        Defendants.        )
17  _____)

18         Pursuant to Civil Local Rule 6-1 (a), defendants Champion Fiberglass, Inc., Louis Pilato,

19  Frank Ghiorso and TG Solutions-Global, LLC (collectively, "Defendants") and plaintiff ATS

20  Products, Inc. ("Plaintiff"), by and through their respective counsel of record hereby stipulate as

21  follows:

22         WHEREAS, Plaintiff filed its Fourth Amended Complaint (the "FAC") on July 6, 2015,

23  and served Champion Fiberglass, Inc. by e-mail on the same date,

24         WHEREAS, on July 15, 2015 Trump, Alioto, Trump & Prescott, LLP gave notice that it

25  would be representing defendants Louis Pilato, Frank Ghiorso and TG Solutions-Global, LLC

26  ("New Defendants") and would accept service of the FAC and Summons on their behalf,

27         WHEREAS, Plaintiff served its request to waive service of a summons with respect to

28  New Defendants on July 16, 2015, and New Defendants returned the signed waiver on July 21,

                                            1

GRANTED

*Judge Susan Illston*

2015,

WHEREAS, the last day for Champion Fiberglass, Inc. to respond to the FAC is July 27, 2015 and the last day for New Defendant to respond to the FAC is September 14, 2015,

WHEREAS, Defendants and Plaintiff have agreed to extend the time for Champion Fiberglass, Inc. and to shorten the time for New Defendants so that Defendants will have the same deadline to respond to the FAC,

IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through and by their respective counsel, that Champion and New Defendants have until and including August 17, 2015 to file and serve their responses to the FAC.

Dated: July 22, 2015                     SHEA & McINTYRE, A.P.C.


By:_____/s/_____
    Marc Shea, Esq.
    Kevin Elliott, Esq.
    Attorney for Plaintiff ATS Products, Inc.

Dated: July 22, 2015                     TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.


By:_____/s/_____
    Bruce Prescott, Esq.
    Daphne C. Lin, Esq.
    Attorneys for Defendants Champion Fiberglass,
    Inc.,  Louis Pilato, Frank Ghiorso and TG
    Solutions-Global, LLC

2