GRANTED

[signature]
Judge Susan Illston

KELLEY S. OLAH, (SBN 245180)
kelley.olah@btlaw.com
STACY L. FOSTER (SBN 285544)
stacy.foster@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

Attorneys for Defendant:
CAPITAL RESIN CORPRATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION FIBERGLASS, INC.; FRANK GHIORSO; TG SOLUTIONS-GLOBAL, LLC; CAPITAL RESIN CORPORATION; LOUIS PILATO.<br><br>Defendants. | Case No.  CV13-02403-SI<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Fourth Amended Complaint Served:  July 16, 2015<br>Current Response Date: August 6, 2015<br>Agreed Response Date: August 20, 2015 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rules 6-1(a), Defendant Capital Resin Corporation (hereinafter "Defendant"), and Plaintiff ATS Products, Inc. (hereinafter "Plaintiff") hereby stipulate to Defendant's request, for an extension of time for Defendant to file a response to Plaintiff's Fourth Amended Complaint.

WHEREAS, Plaintiff's Fourth Amended Complaint (the "FAC") was filed on July 6, 2015. Defendant was served on or about July 16, 2015,

WHEREAS, the last day for Defendant to respond to the FAC is August 6, 2015,

WHEREAS, Defendant and Plaintiff agree to extend the time for Defendant to respond to

the FAC.

    IT IS HEREBY STIPULATED by and between Defendant and Plaintiff, by and through their respective counsel, that Defendant Capital Resin Corporation has until and including August 20, 2015 to file and serve their response to the FAC.

Dated: August 5, 2015

**SHEA & McINTYRE, A.P.C.**

By /s/ *Marc Shea*
Marc Shea
Kevin Elliot
Attorneys for Plaintiff ATS PRODUCTS, INC.

Dated: August 5 , 2015

**BARNES & THORNBURG LLP**

By /s/ *Stacy L. Foster*
Kelley S. Olah
Stacy L. Foster
Attorneys for Defendant
CAPITAL RESIN CORPRATION

### Attestation Pursuant to Civil Local Rule 5.1(i)

    Pursuant to Civil Local Rule 5.1(i), I, Stacy L. Foster, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

    I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on August 5, 2015 at Los Angeles, California.

/s/ *Stacy L. Foster*
Stacy L. Foster