

1  KELLEY S. OLAH, (SBN 245180)
   kelley.olah@btlaw.com
2  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
3  Los Angeles, California  90067
   Telephone:     (310) 284-3880
4  Facsimile:      (310) 284-3894

5  Attorney for Defendant
   CAPITAL RESIN CORPRATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHAMPION FIBERGLASS, INC.; FRANK GHIORSO; TG SOLUTIONS-GLOBAL, LLC; CAPITAL RESIN CORPORATION; LOUIS PILATO. <br><br> Defendants. | Case No.  3:13-cv-02403-SI <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** <br><br> Fourth Amended Complaint Served:  July 16, 2015 <br> Current Response Date: August 20, 2015 <br> Agreed Response Date: September 3, 2015 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rules 6-1(a), Defendant Capital Resin Corporation (hereinafter "Defendant"), and Plaintiff ATS Products, Inc. (hereinafter "Plaintiff") hereby stipulate to Defendant's request, for an extension of time for Defendant to file a response to Plaintiff's Fourth Amended Complaint.

WHEREAS, Plaintiff's Fourth Amended Complaint (the "FAC") was filed on July 6, 2015. Defendant was served on or about July 16, 2015,

WHEREAS, the last day for Defendant to respond to the FAC is August 20, 2015, by prior extension,

1  WHEREAS, Defendant and Plaintiff agree to extend the time for Defendant to respond to
2  the FAC.
3  IT IS HEREBY STIPULATED by and between Defendant and Plaintiff, by and through
4  their respective counsel, that Defendant Capital Resin Corporation will have until and including
5  September 3, 2015 to file and serve their response to the FAC.

Dated: August 20, 2015            **SHEA & McINTYRE, A.P.C.**

By */s/ Marc Shea*
Marc Shea
Kevin Elliot
Attorney for Plaintiff ATS PRODUCTS, INC.

Dated: August 20 , 2015           **BARNES & THORNBURG LLP**

By */s/ Kelley S. Olah*
Kelley S. Olah
Attorney for Defendant
CAPITAL RESIN CORPRATION

### Attestation Pursuant to Civil Local Rule 5.1(i)

Pursuant to Civil Local Rule 5.1(i), I, Stacy L. Foster, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on August 20, 2015 at Los Angeles, California.

*/s/ Kelley S. Olah*
Kelley S. Olah

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                                   3:13-cv-02403-SI
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)