UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ATS PRODUCTS, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAMPION FIBERGLASS, INC., *et al*.,<br><br>    Defendants. | Case No. 13-cv-02403-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON ATS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 141, 142 |
|---|---|

The Court has reviewed the parties' statements regarding a proposed briefing schedule for plaintiff's application for a temporary restraining order. The Court sets the following schedule: defendants' opposition is due **September 10, 2015**; plaintiff's reply is due by **noon on September 15, 2015**; and the Court will hold a hearing on the matter on **September 18, 2015 at 9:00 a.m**.

**IT IS SO ORDERED**.

Dated: August 28, 2015

_____
SUSAN ILLSTON
United States District Judge