# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ATS PRODUCTS, INC,

    Plaintiff,

v.

CHAMPION FIBERGLASS, INC., et al.,

    Defendants.

Case No. 13-cv-02403-SI   (DMR)

**ORDER TAKING MOTION TO QUASH UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received third party Hopkins & Carley's motion to quash (Docket No. 116), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the September 10, 2015 hearing on the motion is hereby VACATED.  The court will issue a written order on the motion.

**IT IS SO ORDERED**.

Dated: September 8, 2015



_____
DONNA M. RYU
United States Magistrate Judge