IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS, INC., | No. C 13-02403 SI |
| Plaintiff, | **AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| CHAMPION FIBERGLASS, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 27, 2016 .

DESIGNATION OF EXPERTS: 2/15/16.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 22, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by April 15, 2016;

    Opp. Due April 29, 2016;  Reply Due May 6. 2016;

     and set for hearing no later than May 20, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 21, 2016 at 3:30 PM.

JURY TRIAL DATE: June 27, 2016 at 8:30 AM.,
    Courtroom 10, 19th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court allows the three new parties 15 interrogatories each.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  9/8/15

SUSAN ILLSTON
United States District Judge