1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7    ATS PRODUCTS, INC,                     Case No.  13-cv-02403-SI

            Plaintiff,
8
                                           ORDER DIRECTING FURTHER
9        v.                                BRIEFING REGARDING PLAINTIFF'S
                                           MOTION FOR A TEMPORARY
10   CHAMPION FIBERGLASS, INC., *et al*.,    RESTRAINING ORDER AND
                                           RESETTING HEARING TO
            Defendants.                    SEPTEMBER 24, 2015 AT 10:00 AM
11
12
13          Plaintiff's motion for a temporary restraining order is scheduled for a hearing on September

14   18, 2015. The Court has reviewed all of the briefing and materials submitted by the parties

15   regarding the motion.   Defendants contend, *inter alia*, that there are significant differences

16   between the CR1 and the ATS resin systems, including a different order of mixing the ingredients,

17   different ratios for the initial mixture of formaldehyde and phenol, a different process for heating

18   the ingredients, and a different methodology once the resorcinol has been added to the resole.

19   Defendants have submitted the expert declaration of Theodore Dailey Jr. in support of their

20   opposition.   In his declaration, Mr. Dailey states his opinions about the specific differences

21   between the CR1 and the ATS resin systems, as well as why those differences are significant.

22   Dailey Decl. ¶¶ 12-13.  Mr. Dailey also states his opinions regarding why the similarities between

23   the CR1 and ATS resin systems (with regard to overall weight percentages of the four main

24   ingredients) do not mean that there was a misappropriation of ATS trade secrets.  *Id*. ¶ 14.

25          Plaintiff's reply asserts, *inter alia*, that the differences identified by defendants are

26   immaterial because defendants have not satisfied their burden of proving independent

27   development of the CR1 resin system.  However, plaintiff's reply does not specifically address

28   defendants' arguments about the particular differences identified by Mr. Dailey, nor does plaintiff

United States District Court
Northern District of California

respond to Mr. Dailey's opinions regarding why the similarities between the two resin systems do not indicate misappropriation.  The declaration filed by plaintiff's expert, Ravi Joshi, was filed in connection with the motion and thus does not respond to any of the points made by Mr. Dailey.

The Court finds that supplementation of the record will assist the Court's analysis of the issues presented by plaintiff's motion. Specifically, the Court directs plaintiff to file no later than **noon on September 23, 2015**, an additional declaration from its expert, Mr. Joshi, responding to the opinions set forth in Mr. Dailey's declaration at paragraphs 12-14.[1] The Court resets the hearing from September 18, 2015 to **September 24, 2015 at 10:00 am.**  Counsel should be prepared to address at the hearing the significance of the similarities and differences between the CR1 and ATS resin systems with regard to the particular trade secrets at issue.

**IT IS SO ORDERED**.

Dated: September 16, 2015

SUSAN ILLSTON
United States District Judge

---

[1]  If Mr. Joshi wishes to respond to any other points made in Mr. Dailey's declaration, he may do so.