UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATS PRODUCTS, INC,

    Plaintiff,

v.

CHAMPION FIBERGLASS, INC., *et al*.,

    Defendants.

Case No. 13-cv-02403-SI

**ORDER OF REFERRAL**

On November 4, 2015, the Court held a hearing on plaintiff's motion for a preliminary injunction. The motion is hereby deemed submitted.

The Court REFERS the parties to participate in a settlement conference with Magistrate Judge Corley on **November 16, 2015 at 9:30 a.m.** Judge Corley's chambers will contact the parties to schedule matters related to the settlement conference.

**IT IS SO ORDERED**.

Dated: November 4, 2015

SUSAN ILLSTON
United States District Judge